**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

NAZARIO CRUZ-SANCHEZ,          ) Case No. SACV 17-1310-FMO (JPR)
                               )
                Petitioner,    )
                               ) ORDER ACCEPTING FINDINGS AND
          v.                   ) RECOMMENDATIONS OF U.S.
                               ) MAGISTRATE JUDGE
MONA D. HOUSTON, Warden,       )
                               )
                Respondent.    )
_____)

The Court has reviewed the First Amended Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. See 28 U.S.C. § 636(b)(1). On February 3, 2020, Petitioner filed objections to the R. & R., in which he mostly simply repeats arguments from his FAP and Reply. He also contends that the Magistrate Judge "overlooked" Spano v. New York, 360 U.S. 315, 322 (1959), on which he relies. (Objs. at 2.) To the contrary, she distinguished that case on its facts and recognized that the state court of appeal had done so as well. (See R. & R. at 24 n.7.) The Magistrate Judge did not err in concluding that the circumstances of Petitioner's interrogations did not render his limited confession involuntary. (See id. at 23-31.)

Having reviewed de novo all portions of the R. & R. to which Petitioner objected, the Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that the First Amended Petition is denied and Judgment be entered dismissing this action with prejudice.

DATED: February 26, 2020                    /s/
                                 FERNANDO M. OLGUIN
                                 U.S. DISTRICT JUDGE