JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NAZARIO CRUZ-SANCHEZ, | Case No. SACV 17-1310-FMO (JPR) |
| Petitioner, | **J U D G M E N T** |
| v. | |
| MONA D. HOUSTON, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: February 26, 2020

                                                          /s/
FERNANDO M. OLGUIN
U.S. DISTRICT JUDGE